**COURTROOM MINUTES OF CRIMINAL PROCEEDINGS**

**NORFOLK/NEWPORT NEWS DIVISION**

| | |
|---|---|
| **GUILTY PLEA MINUTES** | Date: January 9, 2013 |
| Time Set: 4:00 p.m. | Presiding Judge: Mark S. Davis |
| Started: 4:10 p.m. | Court Reporter: Paul McManus, OCR |
| Ended: 4:40 p.m. | U.S. Attorney: Steve Haynie/Katie Dougherty |
| | Defense Counsel: Adam Carroll/Stephen Pfeiffer |
| | Courtroom Deputy: Valerie Ward |
| | Probation Officer: Rob Ellis |
| | Interpreter: |

Cr. No. 2:12cr78
Defendant: Huffman Earl Monk        ( ) in custody    (✓) on bond

__X__ Defendant requested to withdraw plea of not guilty to Count(s) _16, 45_ and enter a plea of guilty to said Count(s).
__✓__ Defendant sworn.        ____ Interpreter sworn.
__✓__ Court fully advised defendant re proceedings and his/~~her~~ rights.
__✓__ Defendant acknowledged he/~~she~~ understood.
__✓__ Court explained charge and maximum penalty.
__✓__ Court inquired re: plea offers.
__✓__ Plea agreement reviewed and filed.
__✓__ Court inquired re vol. of plea.
__✓__ Court inquired re threats or promises.
__✓__ Court explained to defendant that by pleading guilty he/~~she~~ waived jury trial.
__✓__ Defendant satisfied with services of counsel.
__✓__ Continued for pre-sentence report.
__✓__ Court explained to defendant that by pleading guilty he/~~she~~ waived his/~~her~~ right of appeal, pursuant to plea agreement.
__✓__ Statement of facts filed.
__✓__ Plea of guilty to Count(s) _16, 45_ accepted by Court.
__✓__ Court (✓)finds ( )withholds finding defendant guilty as charged in Count(s) _16, 45_.
__✓__ Unsigned copy of Sentencing Procedure Order furnished to defendant.
__✓__ Sentencing Procedure Order, entered and filed in open court.
__✓__ Set for disposition _4/24/13 @ 10:00 a.m._ (✓)Norfolk ( ) Newport News
____ Defendant remanded to custody of Marshal. _Same conditions previously imposed._
__✓__ Defendant continued on present bond. Court cautioned re bail jumping.
____ Transportation Order, entered and filed in open court.
____ _Consent Order of Forfeiture, entered and filed in open Court._