9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

SENTENCING MINUTES

Set: 2:00 p.m.
Started: 2:10 p.m.
Ended: 5:40 p.m.

Date:            April 26, 2013
Judge:           Mark S. Davis
Court Reporter:  Paul McManus
U.S. Attorney:   Steve Haynie
Defense Counsel: Adam Cassell / Scott Pfaff
Courtroom Deputy: Valerie A. Ward
Probation Officer: Karen Frankli.
Interpreter:

Case No.     2:12cr78
Defendant:   Huffman Earl Monk       (  ) in custody ( ✓ ) on bond

__X__ Came on for disposition.        ___✓___ Deft. sworn.

_____ Govt/Deft's _____ motion for downward departure.
                   _____ motion for one-level reduction in offense level.
                   _____ Granted.    _____ Denied.
_____ The Court adopts the factual statements contained in the Presentence Report

_____ Presentence Report reviewed.    ___✓___ Objections heard and rulings made.

_____ Evidence presented. (Witnesses and exhibits listed on last page)

_____ Arguments of counsel heard.    _____ Statement of deft. heard.

Sentencing is continued to 4/29/13 at 12:00 p.m. in Norfolk.

IMPRISONMENT:

SENTENCE: Counts 16, 45: The deft. shall be committed to the custody of the BOP to
be imprisoned for a total term of ____ months. The term consists of ____ months on
count ____, a term of ____ months on count ____, a term of ____ months on count ____,
and a term of ____ months on count ____, to be served concurrently/consecutively.

_____ The deft. is remanded to the custody of the U.S. Marshal.

_____ The deft. shall surrender for service of the sentence at the institution
designated by the BOP/U.S. Marshal before _____ on _____, as
notified by the U.S. Marshal.

_____ If deft. is unable to arrange transportation to the designated institution, the
United States Marshal will arrange transportation for the defendant.

_____ If the defendant is not notified by the United States Marshal of the institution
designated, the defendant shall report to the United States Marshal at 600 Granby
Street, Norfolk, VA, by _____ on _____, to begin service of the
sentence.

PROBATION:

_____ The deft. shall be placed on probation for a term of _____ years.

_____ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

_____ Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

_____ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

_____ The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____ The deft. notified of right of appeal.

_____ Court noted that deft. waived right of appeal in plea agreement.

_____ On motion of gov't, remaining counts dismissed.

_____ The deft. is continued on present bond and cautioned re bail jumping.

_____ Court recommends incarceration at

    _____ a facility as close to the Tidewater Virginia area as possible.
    _____ a facility with a drug treatment program when and if defendant qualifies.

_____ Consent Order of Forfeiture, executed and filed in open court.

Additional Counts/Comments:

| Gov't Witnesses | Gov't Exhibits: | Dft. Exhibits: |
|---|---|---|
| 1. Agent Kevin Turcot | G-3, G-4, G-6, G-7 | D-A, D-B, D-C |
| | G-8, G-9, G-10, G-11, | |
| | G-12, G-13, G-14, G-15 | |
| | G-16, | |